BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SANTOS, | ) |
| | ) Case No.: 1:15-cv-979 SAB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Extension** |
| v. | ) **of Time** |
| | ) |
| LORETTA LYNCH, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which Plaintiff seeks review of the denial of immigrant visas to Plaintiff's parents. The parties are exploring the possibility of a resolution to this matter at the administrative level. Accordingly, Defendants seek a 60-day extension of time in which to file a response to the Complaint, and Plaintiff does not oppose this request.

Dated: September 2, 2015           Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Audrey B. Hemesath
                                   AUDREY B. HEMESATH
                                   Assistant U.S. Attorney

1  DATED: September 2, 2015            Respectfully submitted,
2                                       /s/ Saad Ahmad
                                        SAAD AHMAD
3                                       Attorney for the Plaintiff
4

5                                    ORDER

6       Pursuant to the stipulation of the parties, time for filing a response to the Complaint is
7  extended to November 4, 2015.  The status conference, currently set for October 27, 2015, is
8  reset to December 1, 2015 at 3:00 p.m. before Magistrate Judge Stanley A. Boone.
9
10 IT IS SO ORDERED.

11 Dated:   **September 2, 2015**           _____
                                            UNITED STATES MAGISTRATE JUDGE
12

2