BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SANTOS, | ) |
| | ) Case No.: 1:15-cv-979 SAB |
| Plaintiff, | ) |
| | ) **Joint Stipulation and Order re: Second** |
| v. | ) **Extension of Time** |
| | ) |
| LORETTA LYNCH, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which Plaintiff seeks review of the denial of immigrant visas to Plaintiff's parents. The visas were refused again on September 4, 2015. The parties request more time to determine the proper course to a resolution to this matter. Accordingly, the parties agree to a second extension of time for the filing of the defendants' answer.

Dated: October 27, 2015           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Audrey B. Hemesath
                                  AUDREY B. HEMESATH
                                  Assistant U.S. Attorney

1

| | | |
|---|---|---|
| 1 | DATED: October 27, 2015 | Respectfully submitted, |
| 2 | | /s/ Saad Ahmad |
| | | SAAD AHMAD |
| 3 | | Attorney for the Plaintiff |

ORDER

Pursuant to the stipulation of the parties, time for filing a response to the Complaint is extended to January 4, 2016.  The status conference, currently set for December 1, 2015, is reset to February 2, 2016 at 9:00 a.m. before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated:   **October 28, 2015**

_____
UNITED STATES MAGISTRATE JUDGE