BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SANTOS,<br><br>          Plaintiff,<br><br>    v.<br><br>LORETTA LYNCH, et al.,<br><br>          Defendants. | Case No.: 1:15-cv-979 SAB<br><br>**Joint Stipulation and Order re: Third Extension of Time** |

This is an immigration case in which Plaintiff seeks review of the denial of immigrant visas to Plaintiff's parents. The family submitted additional information to the consulate on December 16, 2015 relating to the refusal of the visas. The parties request more time to determine whether it will be possible to reach an administrative resolution to this matter. Accordingly, the parties agree to a 60-day extension of time for the filing of the defendants' answer or other responsive pleading.

Dated: December 17, 2015         Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant U.S. Attorney

1

| | |
|---|---|
| DATED: December 17, 2015 | Respectfully submitted,<br>/s/ Saad Ahmad<br>SAAD AHMAD<br>Attorney for the Plaintiff |

ORDER

Pursuant to the stipulation of the parties, time for filing a response to the Complaint is extended to March 4, 2016. The status conference is reset to April 4, 2016 at 9am.

IT IS SO ORDERED.

Dated:   **December 18, 2015**   _____
UNITED STATES MAGISTRATE JUDGE