# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SANTOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LORETTA LYNCH, et al.,<br><br>　　　　Defendants. | Case No.  1:15-cv-00979-SAB<br><br>ORDER RE FOURTH STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 16)<br><br>Deadline April 7, 2016 |

　　　　This action was filed on June 26, 2015.  On March 4, 2016, the parties filed a fourth extension of time for Defendants to file a response to the complaint.  Pursuant to the stipulation of the parties, Defendants are HEREBY ORDERED to file a response to the complaint on or before April 7, 2016.  No further extensions will be granted absent good cause not already herein disclosed.

IT IS SO ORDERED.

Dated:   **March 14, 2016**　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1