# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SANTOS,<br><br>    Plaintiff,<br><br>    v.<br><br>LORETTA LYNCH, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00979-SAB<br><br>ORDER DENYING MOTION TO AMEND COMPLAINT AS UNNECESSARY<br><br>(ECF No. 18) |

On June 26, 2015, Plaintiff Iris Santos filed this action seeking declaratory and injunctive relief. The parties have stipulated for an extension of time for Defendants to file an answer to the complaint. On March 28, 2016, Plaintiff filed a motion to amend the complaint.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. P. 15(a). In this case, a responsive pleading has not been served and Plaintiff has not previously amended the complaint.

///

///

///

1

Accordingly, Plaintiff's motion to amend the complaint is HEREBY DENIED as unnecessary. Plaintiff may file an amended complaint without leave of the Court.

IT IS SO ORDERED.

Dated: **March 29, 2016**

UNITED STATES MAGISTRATE JUDGE