UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS SANTOS, | ) |
| | ) Case No.: 1:15-cv-979 SAB |
| Plaintiff, | ) |
| | ) ORDER RE JOINT STIPULATION TO |
| v. | ) CONTINUE STATUS CONFERENCE |
| | ) AND REQUIRING PARTIES TO FILE A |
| LORETTA LYNCH, et al., | ) STIPULATED BRIEFING SCHEDULE |
| | ) |
| Defendants. | ) (ECF No. 21) |
| | ) |
| | ) |

On March 31, 2016, Plaintiff filed a first amended complaint and the parties filed a stipulation to continue the status conference so Defendant can file a responsive pleading which is anticipated to be a motion to dismiss.  The Court shall vacate the April 4, 2016 status conference and set a scheduling conference pursuant to the stipulation of the parties.  The parties shall be required to meet and confer regarding a stipulated briefing schedule to provide for resolution of a motion to dismiss in accord with the September scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The status conference set for April 4, 2016, at 9:00 a.m. in Courtroom 9 is VACATED;

2. A mandatory scheduling conference is set for September 19, 2016 at 9:00 a.m. in Courtroom 9. A joint scheduling report is due one week before the scheduling conference; and

3. The parties shall meet and confer and file a stipulated briefing schedule for the motion to dismiss within seven days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **April 1, 2016**

UNITED STATES MAGISTRATE JUDGE